NO. 07-11-0260-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL D
 
 APRIL 4, 2012
 
 ______________________________
 
 
 ACTAVIS MID ATLANTIC LLC AND
 ACTAVIS ELIZABETH LLC, APPELLANTS
 
 V.
 
 STATE OF TEXAS AND VEN-A-CARE
 OF THE FLORIDA KEYS, INC., APPELLEES
 
 _________________________________
 
 FROM THE 419[TH] DISTRICT COURT OF TRAVIS COUNTY;
 
 NO. D-1-GV-08-001566; HONORABLE LORA J. LIVINGSTON, JUDGE
 
 _______________________________
 
Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 MEMORANDUM OPINION
 Pending before this Court is the parties' Agreed Motion to Set Aside the Judgment Without Regard to the Merits and Remand the Case to the Trial Court in which they represent that they have reached a settlement of all disputes. 
To accord the trial court with jurisdiction to accomplish the relief requested by the parties and effectuate the settlement agreement, we grant the motion and, without passing on the merits of the appeal, set aside the trial courts judgment and remand the cause to the trial court for rendition of judgment. See Tex. R. App. P. 42.1(a)(2)(B). See also Sutton v. Horseshoe Hills, Ltd., 278 S.W.3d 923 (Tex.App.Houston [14th Dist. 2009, no pet.); Vigil v. Montero, 225 S.W.3d 271 (Tex.App.El Paso 2006, no pet.). Having set aside the judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.
 
Patrick A. Pirtle Justice